THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN H. KELLEY, Appellant. [673 NYS2d 954] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Dadd, J.—Offering False Instrument For Filing, 1st Degree.) Present—Denman, P. J., Pine, Wisner, Callahan and Balio, JJ. (Filed Apr. 27, 1998.)